UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Van Nguyen<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>Patricia Foley, in her individual and official capacity, Jody Alholina, in her individual and official capacity, Nancy Martin in her individual and official capacity, Charles R. Vig in his individual and official capacity, Keith B. Anderson, in his individual and official capacity, Rebecca Crooks-Stratton, in her individual and official capacity, and<br>Cole W. Miller, in his individual and official capacity,<br><br>　　　　　　　　　　Defendants. | Civil No. 0:21-cv-00991 (ECT-TNL)<br><br>**MOTION FOR FEES AND COSTS** |

Defendants Patricia Foley, Nancy Martin, Charles Vig, Keith Anderson, Rebecca Crooks-Stratton, and Cole Miller ("Community Defendants") hereby move the United States District Court, District of Minnesota, for an Order for attorneys' fees. The basis for the Community Defendants' Motion, brought pursuant to Fed. R. Civ. P. 54 and 42 U.S.C. § 1988, is detailed in the concurrently filed memorandum.

1

Dated: November 11, 2021

        *s/ Richard A. Duncan*
Richard A. Duncan (#192983)
Josh Peterson (#0397319)
Sarah Vandelist (#0400801)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402
612-766-7000
Richard.duncan@faegredrinker.com
Josh.peterson@faegredrinker.com
Sarah.vandelist@faegredrinker.com

Attorneys for Defendants Patricia Foley, Nancy Martin, Charles R. Vig, Keith B. Anderson, Rebecca Crooks-Stratton, and Cole Miller

US.135236961.01

2