| | | | | | | | | | Estimated Time Allocated to Section 1983 Claims |
|---|---|---|---|---|---|---|---|---|---|
| Tkpr Name | Work Date | Work Hr | Work Val | Bill Hr | Bill Val | Hr Wr Up/Dn | Val Wr Up/Dn | Adjusted Hr | Adjusted Amt. | Description |
| Peterson, Joshua T. | 5/4/2021 | 4.3 | 2,408.00 | 4.3 | 2,408.00 | 0 | 0 | 0.86 | 481.60 | Review and analyze new complaint filed by J. Nguyen; research and analyze elements for intentional infliction of emotional distress; research and analyze Stored Communications Act cases; analyze whether the tribal court documents need to be filed under seal |
| Peterson, Joshua T. | 5/6/2021 | 7 | 3,920.00 | 7 | 3,920.00 | 0 | 0 | 1.40 | 784.00 | Research and analyze claims to prepare motion to dismiss; draft motion to dismiss outline; analyze legal issues with R. Duncan and S. Vandelist; review and analyze Nguyen materials from the earlier case |
| Peterson, Joshua T. | 5/10/2021 | 7.3 | 4,088.00 | 7.3 | 4,088.00 | 0 | 0 | 1.46 | 817.60 | Research and analyze issues related to the motion to dismiss; revise the motion to dismiss outline; analyze facts and legal issues with S. Vandelist; e-mails with R. Duncan regarding personal versus official capacity claims |
| Peterson, Joshua T. | 5/11/2021 | 4.4 | 2,464.00 | 4.4 | 2,464.00 | 0 | 0 | 0.88 | 492.80 | Draft and revise outline for the facts for the motion to dismiss; review and analyze tribal court materials; research and analyze legal issues in connection with the motion to dismiss |
| Peterson, Joshua T. | 5/12/2021 | 8.6 | 4,816.00 | 8.6 | 4,816.00 | 0 | 0 | 1.72 | 963.20 | Draft and revise memorandum in support of motion to dismiss; review and analyze tribal court records; analyze visual time line to include in the brief; research case law to support arguments in the brief; analyze R. Duncan's comments to the outline for the brief |
| Peterson, Joshua T. | 5/13/2021 | 7 | 3,920.00 | 7 | 3,920.00 | 0 | 0 | 1.40 | 784.00 | Draft and revise memorandum in support of motion to dismiss; research legal issues related to the Indian civil rights act and sovereign immunity; analyze legal issues with R. Duncan; review and analyze tribal court records |
| Peterson, Joshua T. | 5/14/2021 | 8.1 | 4,536.00 | 8.1 | 4,536.00 | 0 | 0 | 1.62 | 907.20 | Draft and revise memorandum in support of motion to dismiss; review and analyze tribal court orders related to the custody of A.N. and the arguments that J. Nguyen has made in the past; revise fact section in the memorandum; research case law in support of arguments; analyze structure of the memorandum with R. Duncan |
| Duncan, Richard A. | 5/17/2021 | 2.6 | 2,301.00 | 2.6 | 2,301.00 | 0 | 0 | 0.52 | 460.20 | Edit draft Facts section of motion to dismiss brief; call to R. Hopper regarding time to answer; review case on sovereign immunity to individual-capacity suits; telephone conference with J. Peterson regarding sovereign immunity section of brief; telephone conference with J. Juran regarding extension of answer date to June 2 |
| Peterson, Joshua T. | 5/17/2021 | 8.8 | 4,928.00 | 8.8 | 4,928.00 | 0 | 0 | 1.76 | 985.60 | Research and analyze case law for memorandum in support of motion to dismiss; analyze sovereign immunity arguments with R. Duncan; draft memorandum in support of motion to dismiss; revise fact section in memorandum based on comments from R. Duncan |
| Peterson, Joshua T. | 5/18/2021 | 10.4 | 5,824.00 | 10.4 | 5,824.00 | 0 | 0 | 2.08 | 1,164.80 | Draft and revise memorandum in support of motion to dismiss; research and analyze issues related to the argument section; analyze statute of limitations arguments; analyze arguments regarding the Constitution's application on the reservation; analyze legal issues with R. Duncan and S. Vandelist |
| Duncan, Richard A. | 5/19/2021 | 2.5 | 2,212.50 | 2.5 | 2,212.50 | 0 | 0 | 0.50 | 442.50 | Review and finalize stipulation to extend answer date for filing; emails with clients regarding motion to dismiss schedule and briefing review; edit sovereign immunity and ICRA sections of motion to dismiss brief |
| Peterson, Joshua T. | 5/19/2021 | 8.8 | 4,928.00 | 8.8 | 4,928.00 | 0 | 0 | 1.76 | 985.60 | Analyze factual and legal issues with R. Duncan and S. Vandelist; draft and revise memorandum in support of motion to dismiss; research and analyze case law related to tort claims brought by Nguyen; analyze statute of limitations issues; analyze the clearest path to dismissal |
| Duncan, Richard A. | 5/25/2021 | 2.4 | 2,124.00 | 2.4 | 2,124.00 | 0 | 0 | 0.48 | 424.80 | Edit motion to dismiss brief; review and comment on timeline exhibits |
| Peterson, Joshua T. | 5/26/2021 | 7.4 | 4,144.00 | 7.4 | 4,144.00 | 0 | 0 | 1.48 | 828.80 | Draft and revise time line of relevant cases that J. Nguyen was involved in; draft and revise introduction to the memorandum in support of the motion to dismiss; research and analyze cases involving tribal court exhaustion; incorporate comments from R. Duncan; review and analyze memorandum prepared by J. Alholinna's counsel in support of her motion to dismiss |
| Peterson, Joshua T. | 5/28/2021 | 6.1 | 3,416.00 | 6.1 | 3,416.00 | 0 | 0 | 1.22 | 683.20 | Draft and revise memorandum in support of motion to dismiss; analyze filing requirements, including what other documents need to be filed with the motion; analyze sovereign immunity arguments; e-mails with G. Paulson and R. Duncan regarding the same |
| Duncan, Richard A. | 6/1/2021 | 4.3 | 3,805.50 | 4.3 | 3,805.50 | 0 | 0 | 0.86 | 761.10 | Edit draft memo in support of motion to dismiss |

| Name | Date | Hours | Amount | Hours | Amount | | | Adj. Hours | Adj. Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Peterson, Joshua T. | 6/1/2021 | 8.4 | 4,704.00 | 8.4 | 4,704.00 | 0 | 0 | 1.68 | 940.80 | Draft and revise memorandum in support of motion to dismiss; research and analyze case law regarding sovereign immunity in individual capacity cases; e-mails with R. Duncan regarding exhaustion issues; review and analyze Appellate Tribal Court opinion on jurisdiction; revise citations in the memorandum to exclude extra documents |
| Peterson, Joshua T. | 6/2/2021 | 9.4 | 5,264.00 | 9.4 | 5,264.00 | 0 | 0 | 1.88 | 1,052.80 | Draft and revise pleadings to be filed with the memorandum in support of the motion to dismiss; revise memorandum to shorten it and change the arguments; analyze strategy at the motion to dismiss stage with W. Hardacker, P. Brodeen, and G. Paulson; review and analyze exhibits to be filed with the memorandum; e-mails with K. Spaulding regarding filing questions |
| Duncan, Richard A. | 6/2/2021 | 6 | 5,310.00 | 6 | 5,310.00 | 0 | 0 | 1.20 | 1,062.00 | Telephone conference with clients to go over motion to dismiss brief; telephone conference with J. Peterson regarding motion papers; "meet-and-confer" call with opposing counsel; edit motion to dismiss brief and other motion documents |
| Peterson, Joshua T. | 6/23/2021 | 3.9 | 2,184.00 | 3.9 | 2,184.00 | 0 | 0 | 0.78 | 436.80 | Review and analyze briefs filed by Nguyen; analyze arguments for reply in support of motion to dismiss with R. Duncan; analyze admissions from Nguyen in the brief and their implication; review and analyze cases cited in the brief |
| Duncan, Richard A. | 6/23/2021 | 5.2 | 4,602.00 | 5.2 | 4,602.00 | 0 | 0 | 1.04 | 920.40 | Emails regarding plaintiff's filing and defective Ex. A; review and annotate plaintiff's opposition brief; telephone conference and emails with J. Peterson regarding same |
| Peterson, Joshua T. | 6/24/2021 | 4.8 | 2,688.00 | 4.8 | 2,688.00 | 0 | 0 | 0.96 | 537.60 | Review and analyze Nguyen's response brief; analyze arguments that Nguyen failed to respond to entirely; draft and revise outline for Reply brief |
| Duncan, Richard A. | 6/24/2021 | 0.4 | 354 | 0.4 | 354 | 0 | 0 | 0.08 | 70.80 | Emails with J. Peterson regarding reply brief; emails to opposing counsel regarding due date for reply brief |
| Peterson, Joshua T. | 6/25/2021 | 5.6 | 3,136.00 | 5.6 | 3,136.00 | 0 | 0 | 1.12 | 627.20 | Draft and revise outline for the Reply brief; analyze arguments with R. Duncan; research and analyze case law in support of the Reply brief; e-mails with B. Davidson about research |
| Duncan, Richard A. | 6/25/2021 | 1.2 | 1,062.00 | 1.2 | 1,062.00 | 0 | 0 | 0.24 | 212.40 | Telephone conference with client and co-counsel regarding reply brief; telephone conference with J. Peterson; edit draft outline of reply brief |
| Duncan, Richard A. | 6/28/2021 | 6.2 | 5,487.00 | 6.2 | 5,487.00 | 0 | 0 | 1.24 | 1,097.40 | Emails with opposing counsel and edit stipulation and order to extend response date to motions to dismiss; review key cases cited in plaintiff's opposition memo; email arguments for case law to J. Peterson for reply brief |
| Peterson, Joshua T. | 6/28/2021 | 8.1 | 4,536.00 | 8.1 | 4,536.00 | 0 | 0 | 1.62 | 907.20 | Draft and revise reply brief; review and analyze cases cited by Nguyen in his opposition to our motion to dismiss; negotiate extension of reply brief deadline |
| Peterson, Joshua T. | 6/30/2021 | 8.6 | 4,816.00 | 8.6 | 4,816.00 | 0 | 0 | 1.72 | 963.20 | Draft and revise reply memorandum; e-mails with R. Duncan regarding arguments in the reply memorandum; review and analyze comments from R. Duncan; review and analyze Nguyen's opposition memorandum; e-mails with B. Davidson regarding research |
| Duncan, Richard A. | 6/30/2021 | 3.3 | 2,920.50 | 3.3 | 2,920.50 | 0 | 0 | 0.66 | 584.10 | Edit draft reply brief; review exhibits to Nguyen's opposition brief and email J. Peterson regarding addressing them in SMSC's reply brief |
| Peterson, Joshua T. | 7/5/2021 | 1.8 | 1,008.00 | 1.8 | 1,008.00 | 0 | 0 | 0.36 | 201.60 | Draft and revise reply brief in support of our motion to dismiss; e-mails with R. Duncan and G. Paulson regarding the same |
| Duncan, Richard A. | 7/5/2021 | 0.5 | 442.5 | 0.5 | 442.5 | 0 | 0 | 0.10 | 88.50 | Emails with J. Peterson, G. Paulson and clients regarding reply brief in support of motion to dismiss |
| Peterson, Joshua T. | 7/6/2021 | 4.3 | 2,408.00 | 4.3 | 2,408.00 | 0 | 0 | 0.86 | 481.60 | Draft and revise reply brief in support of motion to dismiss; analyze arguments in reply with R. Duncan; draft and revise time line showing the cases Nguyen is involved in |
| Duncan, Richard A. | 7/6/2021 | 0.8 | 708 | 0.8 | 708 | 0 | 0 | 0.16 | 141.60 | Work on finalizing reply brief; review revised timeline exhibit; emails with J. Peterson regarding timeline exhibit |
| Peterson, Joshua T. | 7/7/2021 | 2.3 | 1,288.00 | 2.3 | 1,288.00 | 0 | 0 | 0.46 | 257.60 | Draft and revise reply brief in support of motion to dismiss; review and analyze cases cited by J. Alholinna; prepare reply brief for filing |
| Duncan, Richard A. | 7/7/2021 | 1 | 885 | 1 | 885 | 0 | 0 | 0.20 | 177.00 | Final edits to reply brief and emails with J. Peterson regarding filing and service of same |
| Duncan, Richard A. | 7/12/2021 | 1.2 | 1,062.00 | 1.2 | 1,062.00 | 0 | 0 | 0.24 | 212.40 | Begin work on oral argument; telephone conference with J. Peterson regarding division of time with other parties; emails with J. Peterson regarding recent tribal habeas remedies decision under ICRA; emails with R. Rice regarding timeline exhibit edits |
| Peterson, Joshua T. | 7/13/2021 | 1.5 | 840 | 1.5 | 840 | 0 | 0 | 0.30 | 168.00 | Review and analyze timeline created by R. Rice for oral argument; review and analyze briefs filed by all parties; draft outline of most important topics for oral argument |

| Name | Date | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Peterson, Joshua T. | 7/14/2021 | 2.3 | 1,288.00 | 2.3 | 1,288.00 | 0 | 0 | 0.46 | 257.60 | Draft and revise outline for oral argument; e-mails with R. Duncan regarding the same; teleconference and e-mails with W. Hardacker regarding whether the Community should ticket J. Nguyen for violating the no-trespass notices |
| Duncan, Richard A. | 7/14/2021 | 0.6 | 531 | 0.6 | 531 | 0 | 0 | 0.12 | 106.20 | Emails with J. Peterson regarding outline for oral argument and experience with Judge Tostrud; telephone conference with W. Hardacker and J. Peterson regarding Nguyen trespassing |
| Duncan, Richard A. | 7/16/2021 | 1.5 | 1,327.50 | 1.5 | 1,327.50 | 0 | 0 | 0.30 | 265.50 | Work on oral argument for motion to dismiss |
| Duncan, Richard A. | 7/19/2021 | 3.4 | 3,009.00 | 3.4 | 3,009.00 | 0 | 0 | 0.68 | 601.80 | Draft oral argument |
| Duncan, Richard A. | 7/21/2021 | 2.1 | 1,858.50 | 2.1 | 1,858.50 | 0 | 0 | 0.42 | 371.70 | Edit draft or oral argument; emails and telephone conference with J. Peterson to work on oral argument |
| Peterson, Joshua T. | 7/21/2021 | 1.3 | 728 | 1.3 | 728 | 0 | 0 | 0.26 | 145.60 | Review and analyze revised draft oral argument; analyze oral argument questions and issues with R. Duncan |
| Duncan, Richard A. | 7/22/2021 | 2.5 | 2,212.50 | 2.5 | 2,212.50 | 0 | 0 | 0.50 | 442.50 | Emails with J. Peterson and R. Rice regarding oral argument exhibits and preparation; work on drafting and timing oral argument |
| Peterson, Joshua T. | 7/23/2021 | 2.1 | 1,176.00 | 2.1 | 1,176.00 | 0 | 0 | 0.42 | 235.20 | Review and analyze oral argument draft; provide comments to R. Duncan; research issues noted by R. Duncan in the draft; finalize demonstrative slides |
| Duncan, Richard A. | 7/23/2021 | 0.4 | 354 | 2.4 | 2,124.00 | 2 | 1,770.00 | 0.08 | 70.80 | Prepare for oral argument; work with R. Rice on time line exhibit; emails with J. Peterson regarding oral argument |
| Duncan, Richard A. | 7/24/2021 | 3.2 | 2,832.00 | 3.2 | 2,832.00 | 0 | 0 | 0.64 | 566.40 | Review court Covid rules on in-person hearings; emails with J. Peterson and R. Rice regarding compliance; review briefs for oral argument |
| Duncan, Richard A. | 7/25/2021 | 2.7 | 2,389.50 | 2.7 | 2,389.50 | 0 | 0 | 0.54 | 477.90 | Revise oral argument; review cases and briefs to prepare for oral argument |
| Peterson, Joshua T. | 7/25/2021 | 0.5 | 280 | 0.5 | 280 | 0 | 0 | 0.10 | 56.00 | Review and analyze final draft of the oral argument; provide comments to R. Duncan |
| Duncan, Richard A. | 7/26/2021 | 3.3 | 2,920.50 | 3.3 | 2,920.50 | 0 | 0 | 0.66 | 584.10 | Present argument on motion to dismiss; meet with clients and co-counsel; travel to/from St. Paul courthouse |
| Peterson, Joshua T. | 7/26/2021 | 4.3 | 2,408.00 | 4.3 | 2,408.00 | 0 | 0 | 0.86 | 481.60 | Review and analyze briefs filed by the plaintiff in opposition to the motion to dismiss; prepare for oral argument with R. Duncan and R. Rice; attend oral argument; analyze results of oral argument |
| | | | | | | | | TOTAL HOURS | TOTAL AMOUNT | |
| | | | | | | | | 20.00 | $ 11,967.00 | |