| Tkpr Name | Work Date | Work Hr | Work Val | Bill Hr | Bill Val | Hr Wr Up/Dn | Val Wr Up/Dn | Adjusted Hr | Adjusted Amt. | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Time Spent Preparing Motion for Fees** | | | | | |
| Peterson, Joshua T. | 10/28/2021 | 1.1 | 616 | 1.1 | 616 | 0 | 0 | 1.1 | 616 | Review and analyze portion of the opinion's decision regarding Section 1983; analyze whether we should seek fees under Section 1983 case law; review and analyze procedure for seeking fees under the federal rules; research and analyze process for seeking fees in federal court and the factors a court will consider |
| Peterson, Joshua T. | 10/29/2021 | 2.7 | 1,512.00 | 2.7 | 1,512.00 | 0 | 0 | 2.7 | 1512 | Research and analyze case law regarding when a defendant may obtain fees to defend a Section 1983 claim; research and analyze case law regarding the computation of fees for defendants in Section 1983 claims; review and highlight portions of the bills sent to the client that are attributable to the Section 1983 claims |
| Duncan, Richard A. | 10/29/2021 | 0.6 | 531 | 0.6 | 531 | 0 | 0 | 0.6 | 531 | Telephone conference with L. Honse regarding time records for fee petition and emails with J. Peterson regarding same; initial review of time entries for fee petition on Section 1983 claim |
| Peterson, Joshua T. | 11/1/2021 | 0.8 | 448 | 0.8 | 448 | 0 | 0 | 0.8 | 448 | Total hours spent pursuing Section 1983 claim; e-mails with R. Duncan regarding the same; analyze structure of motion for fees |
| Duncan, Richard A. | 11/1/2021 | 0.7 | 619.5 | 0.7 | 619.5 | 0 | 0 | 0.7 | 619.5 | Review spreadsheet of fees devoted to Section 1983 claim; emails with J. Peterson and W. Hardacker regarding fee motion |
| Duncan, Richard A. | 11/2/2021 | 0.5 | 442.5 | 0.5 | 442.5 | 0 | 0 | 0.5 | 442.5 | Review leading case on defense fee awards in Section 1983 cases and emails with J. Peterson regarding same |
| Davidson, Bethany L. | 11/3/2021 | 2.4 | 1,104.00 | 2.4 | 1,104.00 | 0 | 0 | 2.4 | 1104 | Discuss research into standard for shifting of attorneys' fees for Section 1983 claims with J. Peterson, research same, summarize results of research and send to J. Peterson |
| Peterson, Joshua T. | 11/3/2021 | 0.5 | 280 | 0.5 | 280 | 0 | 0 | 0.5 | 280 | Review and analyze case law analysis from B. Davidson regarding fees in Section 1983 claims; analyze outline for motion for fees related to Section 1983 with R. Duncan |
| Duncan, Richard A. | 11/3/2021 | 0.3 | 265.5 | 0.3 | 265.5 | 0 | 0 | 0.3 | 265.5 | Emails with J. Peterson regarding outlining fee motion and supporting documents |
| Peterson, Joshua T. | 11/4/2021 | 1.3 | 728 | 1.3 | 728 | 0 | 0 | 1.3 | 728 | Draft and revise motion for fees and supporting documents; review and analyze federal case law regarding the award of fees, how to support them, and what should be submitted with the motion; e-mails with peer firm regarding potential declaration |
| Peterson, Joshua T. | 11/5/2021 | 1.3 | 728 | 1.3 | 728 | 0 | 0 | 1.3 | 728 | Draft and revise motion and memorandum in support of fee application; e-mails with opposing counsel regarding meet and confer for the motion; e-mails with S. Durocher regarding supporting declaration for the motion |
| Peterson, Joshua T. | 11/8/2021 | 0.4 | 224 | 0.4 | 224 | 0 | 0 | 0.4 | 224 | Draft and revise memorandum in support of motion for fees; draft and revise declaration for S. Durocher in support of motion |
| Peterson, Joshua T. | 11/9/2021 | 1.1 | 616 | 1.1 | 616 | 0 | 0 | 1.1 | 616 | Draft and revise memorandum in support of motion for fees; draft and revise declarations in support of motion for fees; e-mails with opposing counsel regarding meet and confer; e-mails concerning scheduling of the hearing on the motion; e-mails with S. Durocher regarding his declaration in support of motion for fees |
| Duncan, Richard A. | 11/9/2021 | 1 | 885 | 1 | 885 | 0 | 0 | 1 | 885 | Edit memo in support of fee petition and supporting documents |
| Peterson, Joshua T. | 11/10/2021 | 0.6 | 336 | 0.6 | 336 | 0 | 0 | 0.6 | 336 | Draft and revise motion, proposed order, meet and confer statement, and R. Duncan declaration; meet and confer with plaintiff's counsel regarding the motion for fees |
| Duncan, Richard A. | 11/10/2021 | 0.2 | 177 | 0.2 | 177 | 0 | 0 | 0.2 | 177 | Telephone conference with J. Peterson regarding calculations for fee petition |
| | | | | | | | **TOTAL HOURS** | 15.5 | | |